DANIEL T. HEDGES, Respondent, *v.* WILLIAM S. WILLIAMS, Appellant.

(Argued March 15, 1886; decided March 26, 1886.)

*John Sessions*, for appellant.

*Mortimer C. Addoms*, for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.